ROBERT D. SWEETIN
Nevada Bar #12647
DAVISON VAN CLEVE, PC
5795 Rogers Street
Las Vegas, Nevada 89118
Email: rds@dvclaw.com
SAMUEL D. CASTOR (PRO BONO)
Nevada Bar #11532
ARIEL C. JOHNSON (PRO BONO)
Nevada Bar #13357
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| C.M., individually and as parent to D.M., B.C., individually and as parent to C.C., L.C., individually and as parent to C.C., D.C., individually and as parent to R.C., C.S., individually and as parent to D.S., L.K., individually and as parent to M.K. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JESUS JARA, individually and personally, DUSTIN MANCL, individually and personally, and CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through 100; ROE ENTITIES 11 through 200, inclusive,<br><br>Defendants. | CASE NO.:  2:20-cv-01562-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO CCSD DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT [ECF NO. 2] AND MOTION TO STRIKE PURSUANT TO FRCP 12(f) [ECF NOS. 22 AND 23]**<br><br>[FIRST REQUEST] |

Plaintiffs C.M., B.C., L.C., D.C., C.S., and L.K., on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants JESUS JARA, DUSTIN MANCL and CLARK COUNTY SCHOOL DISTRICT ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

 1. Plaintiffs' response to CCSD Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint [ECF No. 2] and Motion to Strike Pursuant to FRCP 12(f) [ECF Nos. 22

1  and 23, respectively], currently due on March 5, 2021, is hereby extended up to and including
2  March 19, 2021.
3       IT IS SO STIPULATED.
4  DATED this 5th day of March, 2021.      DATED this 5th day of March, 2021.

**DAVISON VAN CLEVE, PC**      **MARQUIS AURBACH COFFING**

 /s/: Robert Sweetin       /s/: James Beckstrom
ROBERT D. SWEETIN (NV Bar 12647)      CRAIG R. ANDERSON (NV Bar 6882)
5795 Rogers Street      JAMES A. BECKSTROM (NV Bar 14032)
Las Vegas, Nevada 89118      10001 Park Run Drive
SAMUEL D. CASTOR (NV Bar 11532)      Las Vegas, Nevada 89145
*Attorneys for Plaintiffs*      *Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
March 8, 2021
_____
DATED

2