ROBERT D. SWEETIN
Nevada Bar #12647
DAVISON VAN CLEVE, PC
5795 Rogers Street
Las Vegas, Nevada 89118
Email: rds@dvclaw.com
SAMUEL D. CASTOR (PRO BONO)
Nevada Bar #11532
ARIEL C. JOHNSON (PRO BONO)
Nevada Bar #13357
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| C.M., individually and as parent to D.M., B.C., individually and as parent to C.C., L.C., individually and as parent to C.C., D.C., individually and as parent to R.C., C.S., individually and as parent to D.S., L.K., individually and as parent to M.K. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JESUS JARA, individually and personally, DUSTIN MANCL, individually and personally, and CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through 100; ROE ENTITIES 11 through 200, inclusive,<br><br>Defendants. | CASE NO.:   2:20-cv-01562-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO REPLY TO CCSD DEFENDANTS' RESPONSES (ECF NOS. 37 AND 38) TO COUNTER-MOTIONS FOR LEAVE TO AMEND COMPLAINT, ENLARGE TIME FOR SERVICE, AND TO STAY THE COURT'S RULING ON DEFENDANTS' MOTION TO DISMISS [ECF NO. 22] AND MOTION TO STRIKE [ECF NO. 23] (ECF NOS. 33, 34 AND 35)**<br><br>[FIRST REQUEST] |

Plaintiffs C.M., B.C., L.C., D.C., C.S., and L.K., on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants JESUS JARA, DUSTIN MANCL and CLARK COUNTY SCHOOL DISTRICT ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Plaintiffs' Reply to Defendants' Responses (ECF Nos. 37 and 38) to Counter-Motions for Leave to Amend Complaint, Enlarge Time for Service, and to Stay the Court's Ruling

1

on Defendants' Motion to Dismiss [ECF No. 22] and Motion to Strike [ECF No. 23] (filed as ECF Nos. 33, 34 and 35, respectively), currently due on April 5, 2021, is hereby extended up to and including April 21, 2021.

IT IS SO STIPULATED.

DATED this 5th day of April, 2021.                    DATED this 5th day of April, 2021.

**DAVISON VAN CLEVE, PC**                              **MARQUIS AURBACH COFFING**

  /s/: Robert D. Sweetin                                /s/: James A. Beckstrom
ROBERT D. SWEETIN (NV Bar 12647)                       CRAIG R. ANDERSON (NV Bar 6882)
5795 Rogers Street                                     JAMES A. BECKSTROM (NV Bar 14032)
Las Vegas, Nevada 89118                                10001 Park Run Drive
SAMUEL D. CASTOR (NV Bar 11532)                        Las Vegas, Nevada 89145
*Attorneys for Plaintiffs*                             *Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
April 16, 2021
_____
DATED

2