**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jbeckstrom@maclaw.com
  *Attorneys for Defendants*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| C.M., individually and as parent to D.M., B.C., individually and as parent to C.C., L.C., individually and as parent to C.C., D.C., individually and as parent to R.C., C.S., individually and as parent to D.S., L.K., individually and as parent to M.K.<br><br>On behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JESUS JARA, in his professional and personal capacities, DUSTIN MANCL, in his professional and personal capacities, and CLARK COUNTY SCHOOL DISTRICT, STATE OF NEVADA DEPARTMENT OF EDUCATION; and DOES 1 through 100; ROE ENTITIES 11 through 200, inclusive,<br><br>Defendants. | Case No.:   2:20-cv-01562-JCM-BNW<br><br>**STIPULATION AND ORDER TO STAY CASE** |

Defendants JESUS JARA, DUSTIN MANCL, and the CLARK COUNTY SCHOOL DISTRICT (collectively "CCSD Defendants"), and Plaintiffs C.M., B.C., L.C., D.C., C.S., AND L.K., et seq., (collectively "Plaintiffs") by and through their respective counsel of record, hereby stipulate to the following:

MAC:01444-014 4498589_2 10/14/2021 1:14 PM

1.  On August 21, 2020, Plaintiffs filed a Class Action Complaint (ECF No. 1) against CCSD Defendants. Thereafter, Plaintiffs filed a First Amended Class Action Complaint. (ECF No. 2).

2.  On November 10, 2020, Plaintiffs filed an Emergency Ex-Parte Motion for TRO and Preliminary Injunction. (ECF Nos. 6 & 8). Eventually, both the TRO and Preliminary Injunction were denied. (ECF Nos. 5 and No. 19).

3.  On February 19, 2021, CCSD Defendants filed a Motion to Dismiss, Motion to Strike, and Motion to Stay pending a decision on the Motion to Dismiss. (ECF Nos. 22- 24).

4.  On March 19, 2021, Plaintiffs' filed Oppositions to CCSD Defendants' Motion to Dismiss and Motion to Strike, as well as a Countermotion for Leave to File a Second Amended Complaint ("SAC") (ECF Nos. 32-35).

5.  The Magistrate Judge granted CCSD Defendants' the Motion to Stay pending resolution of the Motion to Dismiss. (ECF No. 31).

6.  On September 16, 2021, the Magistrate Judge issued her Report and Recommendation and Order ("Report and Recommendation") (ECF No. 44), which granted, in part, Plaintiffs' Motion for Leave to Amend and granted, in part, CCSD Defendants' Motion to Dismiss.

7.  On September 30, 2021, CCSD Defendants filed an Objection to the Report and Recommendations and a Motion for Stay Pending Objection. (ECF No. 49-50).

8.  Plaintiffs have expressed a keen desire to proceed with discovery in this matter.

9.  Despite this, the Parties agree that Plaintiffs will utilize the administrative process in a good faith attempt to resolve the disputes subject to this Action.

10. Plaintiffs and CCSD Defendants hereby agree to a stay of this case, including all dates and deadlines now pending—which includes Plaintiffs' deadline to submit a response to CCSD Defendants' Objection to the Report and Recommendation)—until January 10, 2022 (approximately 90 days).

MAC:01444-014 4498589_2 10/14/2021 1:14 PM

11.     The Parties agree that a stay of this case and all of its accompanying deadlines will provide the Parties a chance to explore settlement including through administrative proceedings in order to preserve costs, attorneys' fees, pro bono resources, and judicial resources.

12.     The Parties seek a stay of approximately 90 days, taking into account the upcoming holidays and administrative calendaring constraints.

13.     The Parties will file a Memorandum of Status with this Court on or before **January 10, 2022**, providing an update as to the status of the case and the Stay.

14.     CCSD Defendants agree that if settlement efforts prove futile, Plaintiffs may lift the stay, respond to Defendants objection, and proceed with litiation in the ordinary course or as instructed by this Court.

15.     In the event that settlement efforts prove futile and the stay is lifted, the Parties mutually agree to not unreasonably delay, postpone, or oppose discovery efforts and to cooperate in good faith.

16.     This is the first stipulation to stay these proceedings, and this request is made in good faith and is not sought any improper purpose or for the purpose of delay.

IT IS SO STIPULATED.

Dated this 14th day of October, 2021.                    Dated this 14th day of October, 2021.

**MARQUIS AURBACH COFFING**                              **DAVISON VAN CLEVE, PC**

By: /s./ James A. Beckstrom                              By: /s/ Ariel C. Johnson
    Craig R. Anderson, Esq.                                  Robert D. Sweetin, Esq.
    Nevada Bar No. 6882                                      Nevada Bar No. 12647
    James A. Beckstrom, Esq.                                 5795 Rogers Street
    Nevada Bar No. 14032                                     Las Vegas, Nevada 89118
    10001 Park Run Drive                                     Samuel. D. Castor, Esq. (Pro Bono)
    Las Vegas, Nevada 89145                                  Lex Technica, LLP
    *Attorneys for Defendants*                               Nevada Bar No. 11532
                                                             Ariel C. Johnson, Esq. (Pro Bono)
                                                             Nevada Bar No. 13357
                                                             *Attorneys for Plaintiffs*

MAC:01444-014 4498589_2 10/14/2021 1:14 PM

## ORDER

**IT IS SO ORDERED** that in accordance with the above stipulation:

1. This instant case is hereby **STAYED until JANUARY 10, 2022**; and
2. The Parties shall file a Joint Memorandum of Status with the Court on or before January 10, 2022.

DATED October 18, 2021.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

MARQUIS AURBACH COFFING

By: */s/ James A. Beckstrom*
　　Craig R. Anderson, Esq.
　　Nevada Bar No. 6882
　　James A. Beckstrom, Esq.
　　Nevada Bar No. 14032
　　10001 Park Run Drive
　　Las Vegas, Nevada 89145
　　*Attorneys for Defendants*