**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants Jesus Jara, Dustin
    Mancl and the Clark County School District

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| C.M., individually and as parent to D.M., B.C., individually and as parent to C.C., L.C., individually and as parent to C.C., D.C., individually and as parent to R.C., C.S., individually and as parent to D.S., L.K., individually and as parent to M.K.<br><br>On behalf of themselves and all other similarly situated,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>JESUS JARA, in his professional and personal capacities, DUSTIN MANCL, in his professional and personal capacities, and CLARK COUNTY SCHOOL DISTRICT, STATE OF NEVADA DEPARTMENT OF EDUCATION; and DOES 1 through 100; ROE ENTITIES 11 through 200, inclusive,<br><br>                  Defendants. | Case Number:<br>2:20-cv-01562-JCM-BNW |

## CCSD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST

Defendants Jesus Jara, Dustin Mancl and the Clark County School District (collectively "CCSD Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, hereby request that James A. Beckstrom, Esq. be removed from the list of counsel to be noticed because Mr. Beckstrom is no longer an attorney with the law firm of Marquis Aurbach.

*(sidebar)* MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-014 4591977_1 1/24/2022 12:00 PM

Additionally, the above counsel also requests that James A. Beckstrom, Esq. be removed as counsel of record and the email addresses of jbeckstrom@maclaw.com and kpiet@maclaw.com be removed from the CM/ECF service list.

Dated this 24th day of January, 2022.

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Jesus Jara, Dustin
    Mancl and the Clark County School District

**ORDER**
**IT IS SO ORDERED**

**DATED:** 9:38 am, January 25, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-014 4591977_1 1/24/2022 12:00 PM

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **CCSD DEFENDANTS'**
**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** with the Clerk of the
Court for the United States District Court by using the court's CM/ECF system on the 24th
day of January, 2022.

☒       I further certify that all participants in the case are registered CM/ECF users
and that service will be accomplished by the CM/ECF system.

☐       I further certify that some of the participants in the case are not registered
CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid,
or have dispatched it to a third party commercial carrier for delivery within 3 calendar days
to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:01444-014 4591977_1 1/24/2022 12:00 PM

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816