|   |   |
|---|---|
| 1 | Robert D. Sweetin |
| 2 | Nevada Bar #12647 |
|   | Davison Van Cleve, PC |
| 3 | 5795 Rogers Street |
|   | Las Vegas, Nevada 89118 |
| 4 | Email: rds@dvclaw.com |
|   | Samuel D. Castor (Pro Bono) |
| 5 | Nevada Bar #11532 |
|   | Ariel C. Johnson (Pro Bono) |
| 6 | Nevada Bar #13357 |
| 7 | *Attorneys For Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| C.M., individually and as parent to D.M., | CASE NO.:   2:20-cv-01562-JCM-BNW |
|---|---|
| B.C., individually and as parent to C.C., |  |
| L.C., individually and as parent to C.C., |  |
| D.C., individually and as parent to R.C., |  |
| C.S., individually and as parent to D.S., | **MOTION TO REMOVE ATTORNEY** |
| L.K., individually and as parent to M.K. |  |
|  |  |
| on behalf of themselves and all others similarly situated, |  |
|  |  |
| Plaintiffs, |  |
|  |  |
| vs. |  |
|  |  |
| JESUS JARA, individually and personally, |  |
| DUSTIN MANCL, individually and personally, |  |
| CLARK COUNTY SCHOOL DISTRICT; |  |
| STATE OF NEVADA DEPARTMENT OF |  |
| EDUCATION; and DOES 1 through 100; ROE |  |
| ENTITIES 11 through 200, inclusive, |  |
|  |  |
| Defendants. |  |

Plaintiffs, C.M., B.C., L.C., D.C., C.S., and L.K., on behalf of themselves and all others similarly situated (collectively "Plaintiffs"), by and through their attorneys of record, Robert Sweetin, Esq. and Samuel Castor, Esq., hereby request for approval to have Ariel C. Johnson, Esq. removed as their counsel of record as she no longer represents Plaintiffs.

1

In addition, Plaintiffs request that Ms. Johnson no longer be noticed and that her email address (ajohnson@hutchlegal.com) be removed from CM/ECF service list.

DATED this 7th day of October, 2022.

                              Davison Van Cleve, PC

                              */s/ Robert D. Sweetin*
                              Robert D. Sweetin
                              Nevada Bar #12647
                              5795 Rogers Street
                              Las Vegas, Nevada 89118
                              Email: rds@dvclaw.com
                              Samuel D. Castor (pro bono)
                              Nevada Bar #11532
                              Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of October, 2022, I served a true and correct copy of the foregoing MOTION TO REMOVE ATTORNEY by electronic transmission, to all attorneys of record.

                              */s/ Robert D. Sweetin*
                              Davison Van Cleve, PC
                              Robert D. Sweetin
                              Nevada Bar #12647
                              5795 Rogers Street
                              Las Vegas, Nevada 89118
                              Email: rds@dvclaw.com

                    **ORDER**
                  **IT IS SO ORDERED**

                  **DATED:**  5:06 pm, October 11, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2