**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
cjayne@maclaw.com
   Attorneys for Defendant Clark County School District

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| C.M., individually and as parent to D.M., B.C., individually and as parent to C.C., L.C., individually and as parent to C.C., D.C., individually and as parent to R.C., C.S., individually and as parent to D.S., L.K., individually and as parent to M.K.<br><br>On behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JESUS JARA, in his professional and personal capacities, DUSTIN MANCL, in his professional and personal capacities, and CLARK COUNTY SCHOOL DISTRICT, STATE OF NEVADA DEPARTMENT OF EDUCATION; and DOES 1 through 100; ROE ENTITIES 11 through 200, inclusive,<br><br>Defendants. | Case Number:<br>2:20-cv-01562-JCM-BNW<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant Clark County School District ("CCSD") hereby substitutes Jacqueline V. Nichols, Esq., of the law firm of Gordon Rees Scully Mansukhani, as attorney of record, in the above-entitled action in place and instead of Craig R. Anderson, Esq. and Collin M. Jayne, Esq. of the law firm Marquis Aurbach.

DEFENDANT CLARK COUNTY SCHOOL DISTRICT

By: _____

I consent to the above substitution:

MARQUIS AURBACH

By: /s/ Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant Clark County School District

I hereby accept the above and foregoing substitution as attorney for Defendant Clark County School District. Above substitution accepted.

Dated this 28th day of August, 2024.

GORDON REES SCULLY MANSUKHANI

By: /s/ Jacqueline V. Nichols
Jacqueline V. Nichols, Esq.
Nevada Bar No. 14246
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Attorney for Defendant Clark County School District

**ORDER**

The above Substitution of Attorney is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 29, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF ATTORNEY** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 28th day of August, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Jacqueline V. Nichols, Esq.
Gordon Rees Scully Mansukhani
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
**Email: jnichols@grsm.com**

/s/ Krista Busch
An employee of Marquis Aurbach

**Krista Busch**

| | |
|---|---|
| **From:** | Jackie Nichols <jnichols@grsm.com> |
| **Sent:** | Wednesday, August 28, 2024 1:08 PM |
| **To:** | Craig Anderson |
| **Cc:** | Krista Busch; Gayle Angulo |
| **Subject:** | RE: Substitution of Attorney - CM v. CCSD; ACLU v. CCSD |
| **Attachments:** | Substitution of Attorney signed.pdf; Substitution of Attorney signed.pdf |

Krista,

You may affix my electronic signature on these.

> **From:** Susan Gerace [Office of the General Counsel] <geracs@nv.ccsd.net>
> **Sent:** Wednesday, August 28, 2024 1:05 PM
> **To:** Craig Anderson <canderson@maclaw.com>; Jackie Nichols <jnichols@grsm.com>
> **Cc:** Sami Randolph [Office of the General Counsel] <randosn@nv.ccsd.net>; Jeanne-Marie Hanna <pochej@nv.ccsd.net>; Eva Martinez <martie1@nv.ccsd.net>
> **Subject:** Substitution of Attorney - CM v. CCSD; ACLU v. CCSD
>
> Hello:
>
> Please see the signed Substitution of Attorney attached for each of the above referenced cases.
>
> Thank you.
>
>
> Susan Gerace
> Office of the General Counsel
> Clark County School District
> 5100 West Sahara Avenue, 3rd Floor
> Las Vegas, NV 89146
> Phone:  (702) 799-5373
> Fax:    (702) 799-5505
> Email:  geracs@nv.ccsd.net

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
http://www.grsm.com