AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

C. M., individually and as parent to D.M. et al.
         Plaintiffs,
   v.

Clark County School District et al.,

         Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01562-JCM-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendants, Clark County County School District, and against Plaintiffs, C.M., individually and as parent to D.M. et al.

09/06/2024
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk