Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
Jacqueline V. Nichols, Esq.
Nevada Bar No. 14246
*jnichols@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendants*
*Clark County School District, Jesus Jara*
*And Dustin Mancl*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| C.M., individually and as parent to D.M.,<br>B.C., individually and as parent to C.C.,<br>L.C., individually and as parent to C.C.,<br>D.C., individually and as parent to R.C.,<br>C.S., individually and as parent to D.S.,<br>L.K., individually and as parent to M.K.<br><br>  Plaintiffs,<br><br>  vs.<br><br>JESUS JARA, in his professional and personal capacities, DUSTIN MANCL, in his professional and personal capacities, and CLARK COUNTY SCHOOL DISTRICT, STATE OF NEVADA DEPARTMENT OF EDUCATION; and DOES 1 through 100; ROE ENTITIES 11 through 200, inclusive,<br><br>  Defendants. | Case No.: 2:20-cv-01562-JCM-BNW<br><br>**MOTION TO SUBSTITUTE ATTORNEYS AND DISASSOCIATE LAW FIRM** |

Defendants Clark County School District, Jesus Jara, and Dustin Mancl (collectively Defendants), by and through their counsel of record, Phillip N. Smith, Jr., Esq., and Jacqueline V. Nichols, Esq., of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, hereby submits this Motion to Substitute Attorney and to Disassociate law firm.

The Defendants seek to disassociate the law firm of Gordon Rees Scully Mansukhani, LLP, 300 S. Fourth Street, Las Vegas, Nevada 89101 as attorneys of record for said Defendants.

1  Defendants further seek to substitute Jacqueline V. Nichols, Esq., formerly with Gordon Rees
2  Scully Mansukhani, LLP and now with the law office of Weinberg Wheeler Hudgins Gunn & Dial,
3  appears as attorney of record for Defendants and requests that all further papers and pleadings
4  herein be served upon the Defendant's counsel at the address stated below.

5  Defendants also request that Phillip N. Smith, Jr., Esq. with the law office of Weinberg,
6  Wheeler, Hudgins, Gunn & Dial, hereby appears as attorney of record for Defendants and requests
7  that all further papers and pleadings herein be served upon the Defendant's counsel at the address
8  stated below.

> WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC
> Phillip N. Smith Jr., Esq.
> Nevada Bar No. 10233
> psmithjr@wwhgd.com
> Jacqueline V. Nichols, Esq.
> Nevada Bar No. 14246
> jnichols@wwhgd.com
> 6385 South Rainbow Blvd., Suite 400
> Las Vegas, Nevada 89118

Dated this 6th day of March, 2025.

/s/ Jacqueline Nichols
Phillip N. Smith, Jr., Esq.
Jacqueline V. Nichols, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Clark County School District Jesus Jara*
*And Dustin Mancl*

**IT IS SO ORDERED**

**DATED:** 9:14 am, March 07, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2025, a true and correct copy of the foregoing **MOTION TO SUBSTITUTE ATTORNEYS AND DISASSOCIATE LAW FIRM** was electronically **filed and served** on counsel through the Court's electronic filing system, via the electronic mail addresses noted below, unless service by another method is stated or noted:

Samuel D. Castor, Esq.
Vincent Jesus Garrido, Esq.
LEX TECNICA, LTD
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
*Attorney for Plaintiff*

                */s/ Courtney Cruse*
                An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC